UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL PEARSON,

        Petitioner,

        v.

PATRICK GLEBE,

        Respondent.

Case No. C10-5751BHS/JRC

ORDER TO PROVIDE SERVICE COPIES

The petitioner in this action is seeking habeas corpus relief pursuant to 28 U.S.C. § 2254 from a state conviction. The petition was filed electronically. No service copies have been provided. The court will not make copies for the petitioner. Petitioners' counsel is directed to provide two copies of the petition for service. The copies must be received before December 17, 2010, or the court will recommend the petition be dismissed for failure to prosecute.

DATED this 29th day of November, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1