UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUSSELL PEARSON,<br><br>        Petitioner,<br><br>    v.<br><br>PATRICK GLEBE,<br><br>        Respondent. | Case No. C10-5751BHS/JRC<br><br>ORDER GRANTING STIPULATED MOTION AND RE-SETTING THE NOTING DATE |

The petitioner in this action is seeking habeas corpus relief pursuant to 28 U.S.C. § 2254 from a state conviction. The parties have filed a stipulated motion to extend the time for filing a traverse until March 4, 2011 (ECF No. 11). The traverse will be due on or before March 4, 2011. The matter is re-noted for consideration on that date.

The clerk's office is directed to re-note this matter for March 4, 2011.

Dated this 14th day of February 2011.

                /s/ J. Richard Creatura
                J. Richard Creatura
                United States Magistrate Judge

ORDER - 1